UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| SEAN FORD ) | CIVIL ACTION NO. 5:22-cv-72-TBR |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| CURTIS MOODY ) | |
| and ) | **NOTICE OF REMOVAL TO** |
| SHARP TRANSIT, LLC ) | **FEDERAL COURT** |
| ) | |
| ) | |
| Defendants ) | |

\*\* \*\* \*\* \*\* \*\*

Defendants Curtis Moody and Sharp Transit, LLC by counsel, hereby files this Notice of Removal to the United States District Court for the Western District of Kentucky pursuant to 28 U.S.C. §1441 and §1446. In support of this Notice of Removal, the Defendant states as follows:

1. On April 26, 2022, an action was commenced in the Marshall Circuit Court, Commonwealth of Kentucky, titled *Sean Ford v. Curtis Moody and Sharp Transit, LLC* and was assigned Civil Action No. 22-CI-127.

2. Defendant, Curtis Moody, was served with the Summons and Complaint via the Kentucky Secretary of State, as he is a resident of Tennessee. He was served on May 3, 2022 when the Kentucky Secretary of State received the summons for him.

3. Defendant, Sharp transit, LLC is a North Carolina limited liability company that was served with the Summons and Complaint in this case on May 6, 2022.

4. A copy of the Complaint, both Summonses, Proof of Service on Sharp, and a Courtnet printout confirming service dates are attached as **Exhibit A** to this Notice.

5. This Notice of Removal is being filed within thirty (30) days after the receipt of the Plaintiff's Complaint by Defendants, with the consent of each Defendant, and is filed timely under 28 U.S.C. §1446(b).

6. This action is of a civil nature arising from an automobile accident occurring in Marshall County, Kentucky on May 4, 2021. Plaintiff has filed suit against Defendants for tort liability arising from that accident.

7. This Court has original subject matter jurisdiction over this action under 28 U.S.C. §1332(a), inasmuch as the amount in controversy exceeds the sum or value of $75,000, inclusive of interest and cost, and is between citizens of different states.

8. According to his Complaint, the Plaintiff is a citizen of Kentucky, while Defendant Curtis Moody is a citizen of Tennessee. Defendant Sharp is a North Carolina limited liability company. Therefore, diversity of citizenship exists between the parties.

9. Plaintiff has pleaded a claim for compensatory and punitive damages, and early discussions between counsel have revealed that Plaintiff will not voluntarily limit those claims to $75,000. As a result, the amount in controversy exceeds the $75,000 threshold for jurisdiction pursuant to 28 U.S.C. §1332(a).

10. Written notice of the filing of this Notice of Removal has been served upon Plaintiff through his counsel as required by law.

11. A trial by jury was requested by the Plaintiff in his Complaint.

12. A true and accurate copy of this Notice of Removal has been filed with the Clerk of the Court for the Marshall Circuit Court, Commonwealth of Kentucky, as required by law.

Wherefore, Defendants give notice that the above action, initiated in the Marshall Circuit Court, Commonwealth of Kentucky, is hereby removed to the United States District Court for the Western District of Kentucky for the reasons set forth above.

    SEWELL & NEAL, PLLC

    /s/ Charles A. Walker
    CHARLES A. WALKER
    220 West Main Street, Suite 1800
    Louisville, KY  40202
    Telephone:   (502) 582-2030
    Facsimile:    (502) 561-0766
    E-mail:         cwalker@sonlegal.com
    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was served electronically this 3rd day of June, 2022 to:

SHEA W. CONLEY
Morgan & Morgan, Kentucky. PLLC
333 West Vine Street. Suite 1200
Lexington,  KY 40507


/s/ Charles A. Walker
CHARLES A. WALKER