

Friday, May 6, 2022

USDOT: 910824 MC00394995
SHARP TRANSIT LLC DBA SHARP
1355 LONG FERRY ROAD
SALISBURY, NC 28146
To Whom It May Concern:

You have been served. As your process server for MC00394995 we received the enclosed document today on your behalf.

Please contact your attorney for further action.

Thanks,

*Penni Royston* (signature)

Penni Royston

BOC Terms of Service - https://www.evilsizor.co/boc-3-terms.html

303-482-2965 office
720-845-7041 fax

9200 W Cross Dr #200
Littleton CO 80123

info@evilsizor.co
www.evilsizor.co



**U.S. Department of Transportation**
**Federal Motor Carrier Safety Administration**
**Licensing and Insurance Public**

Menu: Choose Menu Option   GO

Log Off

## Motor Carrier Details

| US DOT: | 910824 | Docket Number: | MC00394995 |
|---|---|---|---|
| Legal Name: | SHARP TRANSIT LLC | | |
| Doing-Business-As Name: | SHARP | | |

| Business Address | Business Telephone and Fax | Mail Address | Mail Telephone and Fax | Undeliverable Mail |
|---|---|---|---|---|
| 1355 LONG FERRY ROAD SALISBURY NC 28146 | (704) 630-1160 Fax: (704) 973-7739 | | | NO |

| Authority Type | Authority Status | Application Pending |
|---|---|---|
| Common | ACTIVE | NO |
| Contract | ACTIVE | NO |
| Broker | NONE | NO |

| Property | Passenger | Household Goods | Private | Enterprise |
|---|---|---|---|---|
| YES | NO | NO | NO | NO |

| Insurance Type | Insurance Required | Insurance on File |
|---|---|---|
| BIPD | $1,000,000 | $1,000,000 |
| Cargo | NO | NO |
| Bond | NO | NO |

**BOC-3:** YES

**Blanket Company:** EVILSIZOR PROCESS SERVERS LLC

Web Site Content and BOC-3 Information Clarification

Active/Pending Insurance    Rejected Insurance    Insurance History    Authority History    Pending Application    Revocation

May 6, 2022



FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339 - Field Office Contacts


**Evilsizor Process Servers LLC**
9200 W Cross Dr #200
Littleton, CO  80123 US

# Invoice  8813

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 05/06/2022 | $150.00 | 06/05/2022 |

BILL TO
SHARP TRANSIT LLC  dba SHARP
1355 LONG FERRY ROAD
SALISBURY, NC  28146 USA

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

**MC NUMBER**
MC00394995

**USDOT #**
910824

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Summons**<br>Process Service for Summons Case No: 22-CI-00127<br>Terms of Service: https://www.evilsizor.co/boc-3-terms.html | 1 | 150.00 | 150.00 |

Thank you for your business - we appreciate it very much.
9200 W Cross Dr #200
Littleton CO 80123
303-482-2965
www.evilsizor.com
www.milesoftraining.net

**TOTAL DUE**   $150.00

THANK YOU.

SUBSCRIBE TO OUR YOUTUBE CHANNEL!
https://www.youtube.com/c/EvilsizorAssociates

Check out DOT-Shield.com today!

COMMONWEALTH OF KENTUCKY
MARSHALL CIRCUIT COURT
CIVIL ACTION NO.: 22-CI-_____
DIVISION _____
*Electronically Filed*

SEAN FORD             PLAINTIFF

v.

CURTIS MOODY

    **Serve via Kentucky Secretary of State**:
    Curtis Moody
    2705 Streamfire CV
    Antioch, TN 37013

and

SHARP TRANSIT, LLC             DEFENDANTS

    **Serve via Kentucky Secretary of State**:
    Ben R. Sharp II, registered agent
    1355 Long Ferry Rd.
    Salisbury, NC 28146

    **Serve via Certified Mail**:
    James Dean Leibman, registered agent
    403 W. Main
    Frankfort, KY 40601

## COMPLAINT

Plaintiff, Sean Ford, for his Complaint against Defendants, Curtis Moody and Sharp Transit, LLC, state as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, Sean Ford, is a citizen and resident of the Commonwealth of Kentucky, residing at 6933 US-641G, Gilbertsville, KY 42044.

2. At all relevant times, Defendant, Curtis Moody ("Defendant Moody"), is a citizen and resident of the State of Tennessee, residing at 2705 Streamfire CV, Antioch, TN 37013, and can receive service at that address through the Kentucky Secretary of State.

3. At all relevant times, Defendant, Sharp Transit, LLC ("Defendant Sharp Transit"), is an South Carolina company established and existing under the laws of the State of North Carolina, with its principal place of business located at 1355 Long Ferry Rd., Salisbury, NC 28146.

4. Upon information and belief, Defendant Sharp Transit has designated Ben R. Sharp, II as its registered agent of process, who can receive service at 1355 Long Ferry Rd., Salisbury, NC 28146.

5. Upon information and belief, Defendant Sharp Transit has designated James Dean Leibman as its registered blanket agent of process, who can receive service at 403 W. Main, Frankfort, KY 40601.

6. At all relevant times, Defendant Moody, was the employee, agent, servant, and/or statutory employee for Defendant Sharp Transit, operating for the benefit of, in furtherance of the interests of and/or within the course and scope of his employment with Defendant Sharp Transit. Accordingly, Defendant Sharp Transit is vicariously liable for the acts of Defendant Moody.

7. The amount in controversy exceeds the minimum amount necessary to establish the jurisdiction of this Court.

8. Venue is appropriate because the tractor-trailer collision giving rise to this lawsuit occurred in Calvert City, Marshall County, Kentucky, on May 4, 2021.

## COUNT I – COMMON LAW NEGLIGENCE
## AGAINST DEFENDANTS MOODY AND SHARP TRANSIT

9. On or about May 4, 2021, in Calvert City, Marshall County, Kentucky, Defendant Moody was operating a 2015 Mack CXU and traveling eastbound on I24 W.

2

10. Upon information and belief, the 2015 Mack CXU was operated by Defendant Moody on behalf of his employer, Defendant Sharp Transit.

11. As Defendant Moody was traveling eastbound on I24 W, he lost control of his 2015 Mack CXU, crossed the median into westbound traffic and struck a 2018 Ram 1500 in which Plaintiff was the restrained driver.

12. Defendant Moody operated the 2015 Mack CXU in a negligent, careless, and reckless manner, causing serious injuries to Plaintiff, for which Defendant Sharp Transit vicariously liable.

13. As a direct and proximate result of the gross negligence and carelessness of Defendants Moody and Sharp Transit, the Plaintiff, Sean Ford, sustained temporary and permanent injuries to his body, causing great physical and mental pain and anguish, including the loss of enjoyment of life and impairment of earning capacity, and Plaintiff, Sean Ford, will continue to suffer such damages in the future, as his injuries are permanent in nature, and incurred large sums of money for physicians and medical expenses in treatment; and is at the increased likelihood of future complications due to the severity and permanent nature of his injuries.

## COUNT II – NEGLIGENCE *PER SE*
## AGAINST DEFENDANTS MOODY AND SHARP TRANSIT

14. Plaintiff adopts and reiterates each and every allegation above, as if set out fully in this paragraph.

15. Defendant Moody violated state and federal statutes and regulations, including but not limited to KRS 189.290, KRS 189.300, 601 KAR 1:005 and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Plaintiff, and constitutes negligence *per se* pursuant to KRS 446.070 and Kentucky case law, for which Defendant Sharp Transit is vicariously liable.

16. The injuries sustained by Plaintiff are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendant Moody's violation of these statutes, for which Defendant Sharp Transit is vicariously liable.

17. As a direct and proximate result of the gross negligence and negligence *per se* of Defendants Moody and Sharp Transit, the Plaintiff, Sean Ford, sustained temporary and permanent injuries to his body, causing great physical and mental pain and anguish, including the loss of enjoyment of life and impairment of earning capacity, and Plaintiff, Sean Ford, will continue to suffer such damages in the future, as his injuries are permanent in nature, and incurred large sums of money for physicians and medical expenses in treatment; and is at the increased likelihood of future complications due to the severity and permanent nature of his injuries.

### COUNT III – NEGLIGENT HIRING, TRAINING, SUPERVISING AND ENTRUSTMENT AGAINST DEFENDANT SHARP TRANSIT

18. Plaintiff adopts and reiterates each and every allegation above, as if set out fully in this paragraph.

19. Defendant Sharp Transit had a duty to act reasonably in hiring, instructing, training, supervising and retaining its drivers and other employees and agents, including Defendant Moody, and to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles were reasonably safe.

20. Defendant Sharp Transit had a duty to exercise reasonable care in entrusting its vehicles and equipment to responsible, competent, and qualified drivers.

21. Defendant Sharp Transit was negligent, careless and reckless with regard to the duties set forth above, causing serious injury to Plaintiff, for which it is directly liable.

22. Defendant Sharp Transit violated state and federal statutes and regulations, including but not limited to KRS 189.224, 601 KAR 1:005 and 49 C.F.R. §§ 350-399, which were promulgated

to protect the safety of a class of people that includes Plaintiff, and constitutes negligence *per se* pursuant to KRS 446.070 and Kentucky case law, for which it is directly liable.

23. As a direct and proximate result of the gross negligence, carelessness, and recklessness of Defendants Moody and Sharp Transit, the Plaintiff, Sean Ford, sustained temporary and permanent injuries to his body, causing great physical and mental pain and anguish, including the loss of enjoyment of life and impairment of earning capacity, and Plaintiff, Sean Ford, will continue to suffer such damages in the future, as his injuries are permanent in nature, and incurred large sums of money for physicians and medical expenses in treatment; and is at the increased likelihood of future complications due to the severity and permanent nature of his injuries.

## COUNT IV – PUNITIVE DAMAGES AGAINST DEFENDANT MOODY AND DEFENDANT SHARP TRANSIT

24. Plaintiff adopts and reiterates each and every allegation above, as if set out fully in this paragraph.

25. Defendant Sharp Transit and Defendant Moody acted recklessly, wantonly and/or with extreme indifference or reckless disregard for the consequences of their actions as well as exhibiting a reckless disregard for the life, safety and health of others, including Plaintiff, warranting the imposition of punitive damages pursuant to KRS 411.184 and 411.186. Furthermore, punitive damages are supported by Kentucky's declaration that tractor-trailers endanger the lives and safety of the traveling public, which includes Plaintiff, pursuant to KRS 189.670, which states:

> It is hereby declared to be the public policy of this state that heavy motor trucks, alone or in combination with other vehicles, increase the cost of highway construction and maintenance, interfere with and limit the use of highways for normal traffic thereon, and endanger the safety and lives of the traveling public, and that the regulations embodied in this chapter with respect to motor trucks, semitrailer trucks and semitrailers are necessary to achieve economy in highway costs, and to permit the highways to be used freely and safely by the traveling public.

5

26. Defendant Sharp Transit and Defendant Moody acted recklessly, wantonly and/or with extreme indifference or reckless disregard for the consequences of their actions, as well as exhibiting a reckless disregard for the life, safety and health of others, including Plaintiff, as set forth above, so as to warrant the imposition of punitive damages.

27. The imposition of punitive damages is necessary to serve as a deterrent effect to Defendants Sharp Transit and Moody, and all others similarly situated.

**WHEREFORE**, Plaintiff, Sean Ford, demands judgment against Defendants Robert Moody and Sharp Transit Inc. Company as follows:

A. A trial by jury on all issues of fact herein;

B. For actual, special, punitive, and compensatory damages permitted by law, in an amount greater than the jurisdictional minimum of this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For Plaintiff's costs herein expended; and,

E. For any and all other relief to which the Plaintiff is entitled.

6

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The parties notified are as follows:

Anthem BlueCross BlueShield
ATTN: Subrogation Department
P.O. Box 659940
San Antonio, TX 78265

Nationwide Agribusiness Insurance
ATTN: Subrogation Department
1100 Locust St., Dept. 3010
Des Moines, IA 50391

RESPECTFULLY submitted this 26th day of April, 2022:

/s/ *Shea W. Conley*
SHEA W. CONLEY
Morgan & Morgan, Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone: (859) 286-8364
Facsimile: (859) 899-8108
sconley@forthepeople.com
*Counsel for Plaintiff*

7

| | | |
|---|---|---|
| AOC-E-105      Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice     *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>06/03/2022<br>63184.1<br>Case #: **22-CI-00127**<br>Court: **CIRCUIT**<br>County: **MARSHALL** |

*Plantiff,* **FORD, SEAN VS. MOODY, CURTIS ET AL**, *Defendant*

TO:  **BEN R. SHARP II**
     **1355 LONG FERRY RD.**
     **SALISBURY, NC 28146**

Memo: Related party is SHARP TRANSIT, LLC

The Commonwealth of Kentucky to Defendant:
**SHARP TRANSIT, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Tiffany Tralice Griffith*

Marshall Circuit Clerk
Date: **4/26/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____          Served By _____

                                             Title _____

---

Summons ID: @00000077066
CIRCUIT: 22-CI-00127 Long Arm Statute – SOS - Restricted Delivery
FORD, SEAN VS. MOODY, CURTIS ET AL



Page 1 of 1

eFiled

Presiding Judge: HON. JAMES JAMESON (642359)

CI : 000001 of 000001



**FORD, SEAN VS. MOODY, CURTIS ET AL**
**MARSHALL CIRCUIT COURT**
Filed on **04/26/2022** as **AUTOMOBILE** with **HON. JAMES JAMESON**

**22-CI-00127**            **** NOT AN OFFICIAL COURT RECORD ****

| Case Memo | 22-CI-00127 |
|---|---|
| AUTOMOBILE | |

**Parties** **22-CI-00127**

**FORD, SEAN** as **PLAINTIFF / PETITIONER**

**Address**

6933 US-641 G
GILBERTSVILLE KY 42044

**MOODY, CURTIS** as **DEFENDANT / RESPONDENT**

**Address**

2705 STREAMFIRE CV
ANTIOCH TN 37013

**Summons**

**CIVIL SUMMONS** issued on **04/26/2022** by way of **LONG ARM STATUTE - SOS - RESTRICTED DELIVERY**
*5/3/22 - REC'D BY SOS*

**SHARP TRANSIT, LLC** as **DEFENDANT / RESPONDENT**

**Memo**

Registered Agent of Service exists. Registered Agent of Service exists.

**Address**

1355 LONG FERRY RD.
SALISBURY NC 28146

**Summons**

**CIVIL SUMMONS** issued on **04/29/2022** by way of **CERTIFIED MAIL**
*9590940262360265338026*
**CIVIL SUMMONS** issued on **04/26/2022** by way of **LONG ARM STATUTE - SOS - RESTRICTED DELIVERY**
*SERVED BY SEC OF STATE 05/04/2022*

**CONLEY, SHEA WILLIAM** as **ATTORNEY FOR PLAINTIFF**

**Address**

MORGAN & MORGAN, KENTUCKY PLLC
333 WEST VINE STREET, SUITE 1200
LEXINGTON KY 40507

**LEIBMAN, JAMES DEAN** as **REGISTERED AGENT OF SERVICE**

**Memo**

Related party is SHARP TRANSIT, LLC

**Address**

403 W. MAIN
FRANKFORT KY 40601

**Summons**

**CIVIL SUMMONS** issued on **04/29/2022** served / recalled on **05/04/2022** by way of **CERTIFIED MAIL**
*SIGNATURE NOT LEGIBLE*

**SHARP, BEN R. II** as **REGISTERED AGENT OF SERVICE**

**Memo**

Related party is SHARP TRANSIT, LLC

**Address**

1355 LONG FERRY RD.
SALISBURY NC 28146

**Documents** **22-CI-00127**

**COMPLAINT / PETITION** filed on **04/26/2022**

| Images | 22-CI-00127 |
|---|---|
| **COMPLAINT / PETITION** filed on **04/26/2022**   *Page(s): 7* | |
| **SUMMONS** filed on **04/26/2022**   *Page(s): 1* | |
| **SUMMONS** filed on **04/26/2022**   *Page(s): 1* | |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **04/26/2022**   *Page(s): 1* | |
| **SUMMONS** filed on **04/29/2022**   *Page(s): 1* | |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **04/29/2022**   *Page(s): 1* | |

**\*\*\*\* End of Case Number : 22-CI-00127 \*\*\*\***

| | | |
|---|---|---|
| AOC-E-105      Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice     *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>06/03/2022 03:06:41 PM<br>63184<br>Case #: **22-CI-00127**<br>Court:  **CIRCUIT**<br>County: **MARSHALL** |

*Plantiff,* **FORD, SEAN VS. MOODY, CURTIS ET AL**, *Defendant*

TO: **CURTIS MOODY**
**2705 STREAMFIRE CV**
**ANTIOCH, TN 37013**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Tiffany Tralice Griffith*

Marshall Circuit Clerk
Date: **4/26/2022**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____      _____
                                                                Served By

                                                                _____
                                                                Title

Summons ID: @00000077065
CIRCUIT: 22-CI-00127 Long Arm Statute – SOS - Restricted Delivery
FORD, SEAN VS. MOODY, CURTIS ET AL



Page 1 of 1

eFiled

Presiding Judge: HON. JAMES JAMESON (642359)
CI : 000001 of 000001